# UNITED LEGAL SERVICES

217 N. Harvey, Suite 102  
Oklahoma City OK 73102

Office # : (405) 232-8432  
Fax Line: (405) 232-8442  
Toll Free (888) 232-8432

**FILED**  
2005 JUL 28  AM 10: 43  
CLERK U.S. DISTRICT COURT  
WESTERN DISTRICT OF TEXAS  
BY _____  
DEPUTY

## AFFIDAVIT OF CORPORATE/PARTNERSHIP SERVICE

EI Products, Inc.

VS

Jasco Products Company, LLC

Date Received  19-Jul-05  
Case #:  A 05 CA 224 SS  
Court Date  
Court  Western District of Texas

Under Penalty of Perjury Affiant Certifies the Following:

### DOCUMENTS SERVED:
SUMMONS AND COMPLAINT

Jasco Products Company, LLC served by serving Stephen Trice, the Managing Agent of said entity on the date of 7/19/05 at the address of 311 NW 122nd Street, Oklahoma City within Oklahoma County at the time of 2:43:00 PM.

Affiant further States:   Naught

AFFIANT / Lancaster, Larry L. / PSS 2005-21

SWORN AND SUBSCRIBED TO BEFORE ME, A NOTARY PUBLIC IN AND FOR THE STATE OF OKLAHOMA, OKLAHOMA COUNTY

On  Tuesday, July 19, 2005

Susan Alongi   01015311  
Notary Public



5

# UNITED LEGAL SERVICES

217 N. Harvey, Suite 102  
Oklahoma City OK 73102

Office # : (405) 232-8432  
Fax Line: (405) 232-8442  
Toll Free: (888) 232-8432

## AFFIDAVIT OF CORPORATE/PARTNERSHIP SERVICE

EI Products, Inc.

VS

Jasco Products Company, LLC

Date Received 19-Jul-05  
Case #: A 05 CA 224 SS  
Court Date  
Court  Western District of Texas

Under Penalty of Perjury Affiant Certifies the Following:

**DOCUMENTS SERVED:**

SUMMONS AND COMPLAINT

Jasco Products Company, LLC served by serving Stephen Trice, the Managing Agent of said entity on the date of 7/19/05 at the address of 311 NW 122nd Street, Oklahoma City within Oklahoma County at the time of 2:43:00 PM.

Affiant further States:  Naught

AFFIANT / Lancaster, Larry L. / PSS 2005-21

SWORN AND SUBSCRIBED TO BEFORE ME, A NOTARY PUBLIC IN AND FOR THE STATE OF OKLAHOMA, OKLAHOMA COUNTY

On Tuesday, July 19, 2005

Susan Alongi  01015311  
Notary Public

CL.CD.: 2710  
Invoice: 22761  
Ref:

Return To: Esquire Deposition Services / Houston  
3401 Lousiana, Suite 300  
Houston, TX  77002  
Telephone: (713) 524-4600 X   Fax: (713) 524-4951

### SERVICE FEES

| | |
|---|---|
| Service of Process | $45.00 |
| RUSH | $10.00 |

**Prepaid:** _____  
**Total Fees:**  $55.00

## PLEASE PAY FROM THIS STATEMENT.

*Thank you for your payment. We appreciate your confidence in us!*

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Western _____  District of  _____ Texas _____

E I Products, Inc., Plaintiff

V.

Jasco Products Company. LLC, Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   A-05-CA-224 SS

TO: (Name and address of Defendant) Jasco Products Company, LLC
Stephen C. Trice

311 N W. 122nd Street
Oklahoma City, Oklahoma 73101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John C. Cain
Wong, Cabello, Lutsch, Rutherford & Brucculeri, LLP
20333 State Highway 249, Suite 600
Houston, Texas 77070

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____ William G. Putnicki _____        JUL 1 8 2005
CLERK                                            DATE

_/s/_ _____
(By) DEPUTY CLERK